UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PAUL ROLLEN, | ) |
| Petitioner, | ) |
| | ) No. 4:14CV689 CEJ |
| JAY CASSADY, | ) |
| Respondent, | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on petitioner's application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has neither paid the $5.00 filing fee nor filed a motion to proceed in forma pauperis.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall mail to petitioner a "Motion to Proceed In Forma Pauperis and Affidavit in Support - Habeas Cases" form.

**IT IS FURTHER ORDERED** that petitioner shall have thirty (30) days from the date of this Order to pay the statutory filing fee of $5.00, or to submit a completed form "Motion to Proceed In Forma Pauperis and Affidavit in Support - Habeas Cases."

**IT IS FURTHER ORDERED** that if petitioner fails to comply with this Order, the Court may dismiss this action without prejudice.

Dated this 7th day of April, 2014.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE